| | |
|---|---|
| 1 | HAINES MEYER |
| | **MEYER LAW, P.C.** |
| 2 | 1425 W. Elliot Road, Suite 105 |
| | Gilbert, AZ 85233 |
| 3 | Tel: (480) 518-0154/Fax: (480) 284-5579 |
| | Email: help@arizonabankruptcyhelp.com |
| 4 | State Bar No.: 20890 |
| 5 | Attorney for Debtor(s) |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | (Chapter 7) |
| | ) | |
| SHANNON LEE JOHNSON, | ) | Case No.: 2:24-bk-01414 MCW |
| | ) | |
| Debtor(s). | ) | **MOTION TO COMPEL ABANDONMENT; MEMORANDUM OF POINTS AND AUTHORITIES; and CERTIFICATE OF SERVICE** |

Pursuant to Rule 6007-1, Local Rules of Bankruptcy Procedure, for the District of Arizona, and 11 U.S.C. § 554, SHANNON JOHNSON ("Movant(s)"), hereby moves for an Order of this Court compelling the Trustee to abandon the following Subject Property:

*3708 S MOCCASIN TRL Gilbert, AZ 85297*

This Motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by reference.

///

///

---

**MOTION TO COMPEL ABANDONMENT; MEMORANDUM OF POINTS AND AUTHORITIES; and CERTIFICATE OF SERVICE**
- 1 -

# MEMORANDUM OF POINTS & AUTHORITIES

1. On February 28, 2024, Movant(s) filed a Petition for Relief under Chapter 7 of the United States Bankruptcy Code. Lothar H Goernitz is the duly appointed Chapter 7 Trustee.

2. Pursuant to 11 U.S.C. § 554(b), on request of a party in interest court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

3. There is an outstanding mortgage on the Subject Property: M&T Bank, lien holder for the first mortgage on the Subject Property, shows a balance owing of approximately $247,211.69 according to Debtor's most recent mortgage statement attached hereto as *Exhibit A*.

4. Attached hereto as *Exhibit B*, is the most recent Zillow valuation for the Subject Property. The current value of the property, after 8% cost of sale, is $622,012.00. The Subject Property has $374,800.31 in equity which is well within the $400,000.00 exemption and therefore, protected by Ariz. Rev. Stat. § 33-1101(A) Homestead Exemption, rendering the property of inconsequential value and benefit to the estate.

RESPECTFULLY SUBMITTED this 6th day of June, 2024.

**MEYER LAW, P.C.**

/s/ Haines Meyer 020890

HAINES MEYER, ESQ.
1425 W. Elliot Road, Suite 105
Gilbert, AZ 85233
Attorney for Debtor(s)

# CERTIFICATE OF SERVICE

I, Haines Meyer, further certify that a copy of the Motion to Compel Abandonment; Memorandum of Points and Authorities; and Certificate of Service was mailed today, June 6, 2024, via first class mail to all creditors and interested parties as listed on the attached *Exhibit C*:

DATED this 6th day of June, 2024.

    **MEYER LAW, P.C.**

    /s/ Haines Meyer 020890

    HAINES MEYER, ESQ.
    1425 W. Elliot Road, Suite 105
    Gilbert, AZ 85233
    Attorney for Debtor(s)