```
Label Matrix for local noticing              America First Credit Union              American First Credit Union
0970-2                                        PO BOX 9199                             Attn: Bankruptcy
Case 2:24-bk-01414-MCW                        Ogden, UT 84409-0199                    Po Box 9199
District of Arizona                                                                   Ogden UT 84409-0199
Phoenix
Thu Jun  6 10:01:27 MST 2024

Bank of America                               Barclays Bank Delaware                  Capital One
Attn: Bankruptcy                              Attn: Bankruptcy                        Attn: Bankruptcy
4909 Savarese Circle                          125 South West St                       Po Box 30285
Tampa FL 33634-2413                           Wilmington DE 19801-5014                Salt Lake City UT 84130-0285


Citibank                                      Desert Financial CU                     Discover Financial
Citicorp Cr Srvs/Centralized Bankruptcy       Attn: Bankruptcy Department             Attn: Bankruptcy
Po Box 790040                                 Po Box 2945                             Po Box 3025
St Louis MO 63179-0040                        Phoenix AZ 85062-2945                   New Albany OH 43054-3025


INTERNAL REVENUE SERVICE                      JEFFERSON CAPITAL SYSTEMS LLC           JOHNSON MARK LLC
PO BOX 7346                                   200 14TH AVE E                          PO BOX 7811
Philadelphia PA 19101-7346                    Sartell MN 56377-4500                   Sandy UT 84091-7811


(p)M&T BANK                                   (p)MOHELA                               (p)DSNB MACY S
LEGAL DOCUMENT PROCESSING                     CLAIMS DEPARTMENT                       CITIBANK
626 COMMERCE DRIVE                            633 SPIRIT DRIVE                        1000 TECHNOLOGY DRIVE MS 777
AMHERST NY 14228-2307                         CHESTERFIELD MO 63005-1243              O FALLON MO 63368-2239


Syncb/Car Care                                Syncb/Old Navy                          Syncb/walmart
Attn: Bankruptcy                              Attn: Bankruptcy                        PO BOX 965060
Po Box 965060                                 Po Box 965060                           Orlando FL 32896-5060
Orlando FL 32896-5060                         Orlando FL 32896-5060


Synchrony Bank/HHGregg                        Synchrony Bank/JCPenney                 Target
Po Box 71757                                  Attn: Bankruptcy                        c/o Financial & Retail Srvs
Philadelphia PA 19176-1757                    Po Box 965060                           Mailstop BT POB 9475
                                              Orlando FL 32896-5060                   Minneapolis MN 55440-9475


U.S. TRUSTEE                                  Wells Fargo/Dillard                     HAINES 1 MEYER
OFFICE OF THE U.S. TRUSTEE                    Attn: Bankruptcy                        MEYER LAW PC
230 NORTH FIRST AVENUE                        1 Home Campus Mac X2303-01a 3rd Fl      1425 W. ELLIOT RD., #105
SUITE 204                                     Des Moines IA 50328-0001                GILBERT, AZ 85233-5141
PHOENIX, AZ 85003-1725


LOTHAR GOERNITZ                               SHANNON LEE JOHNSON
P.O. BOX 32961                                3708 S MOCCASIN TRL
PHOENIX, AZ 85064-2961                        GILBERT, AZ 85297-7967
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| M & T Bank | MOHELA | Macys/fdsb |
| --- | --- | --- |
| Attn: Bankruptcy | Attn: Bankruptcy | Attn: Bankruptcy |
| Po Box 844 | 633 Spirit Dr | 9111 Duke Boulevard |
| Buffalo NY 14240 | Chesterfiled MO 63005 | Mason OH 45040 |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25