**SO ORDERED.**

Dated: July 2, 2024



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | (Chapter 7) |
| SHANNON LEE JOHNSON, | Case No.: 2:24-bk-01414 MCW |
| Debtor(s). | **ORDER GRANTING MOTION TO COMPEL ABANDONMENT** |

On this day, came for consideration the Debtor's Motion to Compel Abandonment (the "Motion") of the property located at *3708 S MOCCASIN TRL Gilbert, AZ 85297* (the "Subject Property"). Having considered said Motion, no objections having been timely lodged, and good cause having been presented,

IT IS HEREBY ORDERED the Motion is granted.

IT IS FURTHER ORDERED that the Trustee in this matter is compelled to abandon the Subject Property.

**SIGNED AND DATED ABOVE**